```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Kevin J. Mahoney
    Certified Student-Attorney
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorneys for Defendant
    RICHARD D. GATTIS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-MJ-0180-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE TRIAL AND TO SET A CHANGE OF PLEA |
| RICHARD D. GATTIS, | |
| Defendant. | Date: July 23, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

The United States Attorney through his respective counsel, NICHOLAS M. FOGG, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for RICHARD D. GATTIS, hereby stipulate to vacate the bench trial scheduled for July 24, 2013 at 9:00 a.m.

Accordingly, the parties jointly request that a change of plea and sentencing be scheduled for July 23, 2013 at 10:00 a.m. before Magistrate Judge Dale A. Drozd.

///

///

///

Dated: June __, 2013                    Respectfully submitted,


                                        HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for RICHARD D. GATTIS

                                        /s/ Kevin J. Mahoney
                                        Kevin J. Mahoney
                                        Certified Student-Attorney
                                        Attorney for RICHARD D. GATTIS


Dated: June 20, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Nicholas M. Fogg
                                        Nicholas M. Fogg
                                        Special Assistant U.S. Attorney



                                    O R D E R

**IT IS SO ORDERED.**

DATED: June 24, 2013.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
gattis0180.stipord.set.COP.wpd